UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HANNA-BARBERA PRODUCTIONS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COOL CHARACTER CO., et al.,<br><br>　　　　　Defendants. | CV 04-0369 ABC (CTx)<br><br>ORDER FOR CONTEMPT AND SANCTIONS |

　　　WHEREAS Plaintiffs Hanna-Barbera Productions, Inc., The Cartoon Network, Inc., formerly known as the Cartoon Network LP LLLP, Sanrio, Inc., Disney Enterprises, Inc., and Warner Bros. Entertainment Inc. (collectively "Plaintiffs") filed their Notice and Motion For Contempt and Sanctions ("Motion"), seeking entry of contempt and for sanctions, against Defendant Claudia Lagunes a/k/a Claudia Rodriguez ("Defendant");

      WHEREAS Plaintiffs served a copy of their Motion and Proposed Order for Contempt and Sanctions on Defendant on July 20, 2010;

      WHEREAS Defendant did not oppose Plaintiffs' Motion;

      WHEREAS the motion came on for hearing on September 13, 2010, and Defendant did not appear; and

      The Court, having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in support of Plaintiffs' Motion, hereby grants Plaintiffs' Motion and finds Defendant to be in contempt.  The Court further **ORDERS** Defendant to personally appear in this Court on **October 4, 2010 at 10:00 a.m.** with any and all infringing costumes in her possession, custody and control, any and all raw materials, tools, and anything else used in connection with her unlawful business, for destruction at her expense.

      The Court wants to ensure that Defendant understands the severity of these proceedings.  Although it appears that Defendant has been served with the motion, she failed to oppose it or appear at the hearing.  Indeed, Defendant has failed to appear in this action at all.  **In the event that Defendant fails to comply with this order, among other things, the Court may order a bench warrant for her arrest and imprison her.**  See, e.g., Tajyar v. STG Secure Trading Group, Inc., CV 06-5895 ABC (RCx) (C.D. Cal. Oct. 10, 2007) (Docket # 144) (defendant who failed to comply with this Court's order held in custody for more than one month).  In light of the serious nature of

```
 1 │ these proceedings, Defendant is instructed that she should consider
 2 │ whether it would be prudent to be represented by counsel.  The hearing
 3 │ on this matter will be held before Chief Judge Collins at 255 East
 4 │ Temple Street, Los Angeles, California 90012.
 5 │
 6 │      **IT IS SO ORDERED.**
 7 │
 8 │      **DATED:    9/13/2010**              _____
 9 │                                              **AUDREY B. COLLINS**
   │                                        **UNITED STATES CHIEF DISTRICT JUDGE**
10 │
11 │
12 │      cc:  Claudia Lagunes, a.k.a, Claudia Rodriguez
   │           1815 Nora Drive
13 │           Edinburgh, Texas 78539
```

3