J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiffs Hanna-Barbera Productions, Inc., The Cartoon Network LP LLLP, Sanrio, Inc., Disney Enterprises, Inc., and Warner Bros. Entertainment Inc.

Claudia Lagunes a/k/a Claudia Rodriguez
*characterclaudia@hotmail.com*
*custommascots@aol.com*
1815 Nora Drive
Edinburgh, Texas 78539
Telephone:  (956) 381-0845

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hanna-Barbera Productions, Inc., et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>Cool Character Company, et al.,<br><br>            Defendants. | Case No. CV 04-0369 ABC (CTx)<br><br>[~~PROPOSED~~] CONSENT DECREE PURSUANT TO STIPULATION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree that has been executed on behalf of Plaintiffs Hanna-Barbera Productions, Inc., The Cartoon Network, Inc., formerly known as the Cartoon Network LP LLLP, Sanrio, Inc., Disney Enterprises, Inc., and Warner Bros. Entertainment Inc. (collectively "Plaintiffs"), on the one hand, and Defendant Claudia

Lagunes a/k/a Claudia Rodriguez ("Defendant"), on the other hand, and good cause appearing therefor, hereby:

ORDERS that this Consent Decree shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 et seq., 17 U.S.C. § 501, 15 U.S.C. § 1051 et seq., 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338, and 28 U.S.C. § 1367. Service of process was properly made against Defendant.

2) Hanna-Barbera Productions, Inc. is the owner of all rights in and to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference, and the copyrights and trademarks associated with the same.

3) The Cartoon Network, Inc., formerly known as the Cartoon Network LP LLLP, is the owner of all rights in and to the copyright registrations listed in Exhibit "B" attached hereto and incorporated herein by this reference, and the copyrights and trademarks associated with the same.

4) Disney Enterprises, Inc. is the owner of all rights in and to the copyright and trademark registrations listed in Exhibit "C" attached hereto and incorporated herein by this reference, and the copyrights and trademarks associated with the same.

5) Sanrio, Inc. is the owner of all rights in and to the copyright registrations listed in Exhibit "D" attached hereto and incorporated herein by this reference, and the copyrights and trademarks associated with the same.

6) Warner Bros. Entertainment Inc. is the owner of all rights in and to the trademark registrations listed in Exhibit "E" attached hereto and incorporated herein by this reference, and the copyrights and trademarks associated with the same. The characters, images, trademarks and copyrights identified in Exhibits A, B, C, D, and E, are collectively referred to herein as "Plaintiffs' Properties.")

7) Plaintiffs have expended considerable resources in the creation and commercial exploitation of Plaintiffs' Properties on merchandise such costumes and in particular, character costumes, and in the enforcement of their intellectual property rights in Plaintiffs' Properties.

8) Defendant has willfully and maliciously made unauthorized uses of Plaintiffs' Properties or substantially similar likenesses or colorable imitations thereof.

9) The Defendant and her agents, servants, employees and all persons in active concert and participation with her who receive actual notice of the injunction are hereby restrained and enjoined from:

   a) Infringing Plaintiffs' copyrights and trademarks in Plaintiffs' Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, offering for sale, any unauthorized product, specifically including but not limited to character costumes, which feature any of Plaintiffs' Properties ("Unauthorized Products"), and, specifically:

   b) Importing, manufacturing, distributing, advertising, selling, offering for sale, the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;

   c) Importing, manufacturing, distributing, advertising, selling, offering for sale, renting or offering to rent in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties;

   d) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, the Defendant's customers and/or members of the public to believe, the actions of the Defendant, the

products sold by Defendant, or the Defendant herself is connected with Plaintiffs, is sponsored, approved or licensed by Plaintiffs, or is affiliated with Plaintiffs;

e) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs.

10) Each side shall bear its own fees and costs of suit.

11) This Consent Decree shall be deemed to have been served upon Defendant at the time of its execution by the Court.

12) The Court finds there is no just reason for delay in entering this Consent Decree and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree against Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

13) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Decree.

14) All pending hearing dates are hereby vacated.

Dated: 12/14/2010

_____
Hon. Audrey B. Collins
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____/s/_____
         J. Andrew Coombs
          Annie S. Wang
Attorneys for Plaintiffs Hanna-Barbera Productions, Inc., The Cartoon Network LP LLLP, Sanrio, Inc., Disney Enterprises, Inc., and Warner Bros. Entertainment Inc.

Claudia Lagunes a/k/a Claudia Rodriguez

By: _____/s/_____
       Claudia Lagunes a/k/a Claudia Rodriguez
Defendant, *in pro se*